Entered on Docket October 6, 2016

**Below is the Order of the Court.**



**Marc Barreca**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>RONALD AND JOAN MADER,<br><br>Debtor(s). | Case No.: 16-12448<br><br>AGREED ORDER INCREASING PLAN PAYMENT FOR CONFIRMED CHAPTER 13 PLAN |

    Debtors' and the Chapter 13 Trustee, agree that the payment provided for by the Chapter 13 plan shall be immediately increased. Based upon that agreement, it is

Order

Neeleman Law Group
1904 Wetmore Ave., Suite 200
Everett, WA 98201
Telephone: (425) 212-4800
Facsimile: (425) 212-4802

ORDERED that the debtors' plan payment shall be immediately increased from $2,685.00 to $3,170.00 MONTHLY beginning in November, 2016.

///END OF ORDER//

Presented by:
*/s/ Thomas D. Neeleman*
Thomas D. Neeleman, #33980
Angela R. Neeleman, #37421
Jennifer L. Neeleman, #37474
Attorney for Debtor(s)
1904 Wetmore Ave., Suite 200
Everett, WA 98201
Telephone (425) 212-4800

Approved as to form and content:

/s/ Jason Wilson-Aguilar (approved via email)
Jason Wilson-Aguilar, #33582
Attorney for Chapter 13 Trustee


/s/ Ronald Mader
Debtor

/s/ Joan Mader
Debtor

Order

Neeleman Law Group
1904 Wetmore Ave., Suite 200
Everett, WA 98201
Telephone: (425) 212-4800
Facsimile: (425) 212-4802