# UNITED STATES BANKRUPTCY COURT

Western District of Washington

In re Ronald D Mader; dba Ron's Carpet Service
Joan F Mader _____,        Case No.   16-12448-MLB

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust
_____
Name of Transferee

MTGLQ Investors, L.P.
_____
Name of Transferor

Name and Address where notices to transferee should be sent:
  c/o SN Servicing Corporation
  323 Fifth Street
  Eureka, CA 95501
Phone:  800.603.0836
Last Four Digits of Acct #:      9293

Court Claim # (if known): ____ 7-1 ____
Amount of Claim:      $119,857.28
Date Claim Filed:      08/31/2016

Phone:  877.735.3637
Last Four Digits of Acct. #:      4431

Name and Address where transferee payments should be sent (if different from above):
  SN Servicing Corporation
  PO Box 660820
  Dallas, TX 75266
Phone:  800.603.0836
Last Four Digits of Acct #:      9293

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile
        Transferee/Transferee's Agent

Date:  05/30/2019

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.